UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

Wendy Rye,                                               Civil No. 06-3288 (RHK/JSM)

       Plaintiff,                                        **ORDER**

vs.

Matrixx Initiatives, Inc., a corporation,
et al.,

       Defendants.
_____

     Defendants' Motion for Summary Judgment is referred to Magistrate Judge Janie S. Mayeron for a recommended disposition; the April 12, 2007, hearing before the undersigned is **CANCELED** and Judge Mayeron will advise the parties of a new hearing date should she desire oral argument.

Dated: March 13, 2007

                                                            s/Richard H.  Kyle
                                                            RICHARD H. KYLE
                                                            United States District Judge