## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Wendy Rye,                              Civil No. 06-3288 (RHK/JSM)

      Plaintiff,                        **ORDER**

v.

Matrixx Initiatives, Inc., et al.,

      Defendants.

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated July 30, 2007.  No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, **IT IS ORDERED**:

1. The Report and Recommendation (Doc. No. 68) is **ADOPTED**;

2. Defendants' Motion for Summary Judgment (Doc. No. 60) is **GRANTED**, and Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

    **LET JUDGMENT BE ENTERED ACCORDINGLY**.


Dated:  August 24, 2007

                       s/Richard H. Kyle
                       RICHARD H. KYLE
                       United States District Judge